UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------

In Re:

Joseph Manual Abrego and Kimberly
Lynn Abrego fka Kimberly Lynn
Rogert

                                      <u>ORDER</u>

                Debtors.

Chapter 7, Case No. 10-38815

------------------------------

      This case came before the court on the motion of U.S. Bank, N. A., pursuant to 11 U.S.C. section 362 on March 2, 2011, at the U.S. Bankruptcy Court, St. Paul, Minnesota.

      IT IS ORDERED:

      The automatic stay imposed by 11 U.S.C. 362 is terminated as to the real property over which the movant, its successors and assigns, have an interest under mortgage document no. 432074, said property legally described as follows:

      The East 50 Feet of Lots 16 and 17, Block 18, Second and Third Home Addition, and Lying and being in the City of Albert Lea, County of Freeborn and State of Minnesota.

      The movant, its successors and assigns, may foreclose the mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: March 2, 2011                               /e/ Dennis D. O'Brien
                                                        Dennis D. O'Brien
                                                        United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/02/2011*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk